UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>           Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Civil Action No. 25-0891 (AHA) |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's June 30, 2025 minute order, Defendant the Department of Justice respectfully submits this status report.[1] Defendant reports as follows.

1. This lawsuit concerns a Freedom of Information Act request that Plaintiff Judicial Watch sent to the Federal Bureau of Investigation ("FBI"), a Justice Department component, for records regarding an FBI section chief.

2. The FBI has completed its search for records potentially responsive to Plaintiff's request, but the FBI is still scoping those records to further narrow them for responsiveness.

3. Because the FBI is still scoping records, the FBI is not yet able to provide a meaningful estimate of the number of potentially responsive records.

4. Defendant respectfully proposes that the Court order the parties to file another joint status report in thirty days, on August 11, 2025.

---

[1] Defendant understands that the Court ordered the parties to file a joint status report. Earlier today at 3:12 p.m. the undersigned counsel sent Plaintiff's counsel a draft of a joint status report and invited her to add anything on her client's behalf. As of this filing, Plaintiff's counsel has not responded.

Dated: July 11, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ John J. Bardo_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

- 2 -