UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Civil Action No. 25-0891 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 14, 2025 minute order, Plaintiff Judicial Watch and Defendant Department of Justice respectfully submit this joint status report. The parties report as follows:

1. This lawsuit concerns a Freedom of Information Act request that Plaintiff Judicial Watch sent to the Federal Bureau of Investigation ("FBI"), a Justice Department component, for the following:

   1) All emails sent to and from Section Chief Dena Perkins regarding "whistleblower", "whistleblowers", "O'Boyle", "Veritas" and/or "Trump".

   2) All SF-50s and SF-52s for SC Perkins.

**Defendant's Statement**

2. The FBI has finished scoping records that it identified as potentially responsive to the request and will proceed with processing those records.

3. The FBI is not yet able to provide an estimate of the number of potentially responsive records but anticipates being able to provide that information to Plaintiff before the next joint status report.

**Plaintiff's Statement**

4. In Defendant's July 11, 2025, Status Report FBI reported it had completed its search for potentially responsive records but was still scoping those records and was unable to provide a meaningful estimate of the number of potentially responsive records. *See* ECF No. 7.

5. Plaintiff has no further information on the status of its May 10, 2024, request other than what is reported above by the FBI.

6. Plaintiff is seeking not only the number of potentially responsive records, but also a timeframe for production of records responsive to its non-complex FOIA request submitted on May 10, 2024.

\*   \*   \*

7. The parties respectfully propose filing another joint status report in thirty days on September 10, 2025.

| | |
|---|---|
| Dated: August 11, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Lauren M. Burke*<br>LAUREN M. BURKE<br>Judicial Watch, Inc.<br>425 Third St., S.W., Ste. 800<br>Washington, D.C.  20024<br>202-646-5194<br>Lburke@judicialwatch.org<br><br>*Attorney for Plaintiff* | By:  */s/ John J. Bardo*<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America* |